24 A.3d 777

IN THE MATTER OF DOUGLAS J. DEL TUFO, AN ATTORNEY
AT LAW (ATTORNEY NO. 002281997).

August 12, 2011.

## ORDER

The Supreme Court on June 20, 2011, having ordered that **DOUGLAS J. DEL TUFO** of **MINE HILL,** who was admitted to the bar of this State in 1997, be temporarily suspended from the practice of law pursuant to *Rule* 1:20–15(k), effective July 20, 2011, for failure to satisfy the award of the District X Fee Arbitration Committee in District Docket No. X–2010–101F, and to pay a sanction of $500 to the Disciplinary Oversight Committee;

And **DOUGLAS J. DEL TUFO** now having satisfied the fee arbitration award and having paid the $500 sanction to the Disciplinary Oversight Committee;

And good cause appearing;

It is ORDERED that **DOUGLAS J. DEL TUFO** is reinstated to the practice of law, effective immediately.